U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

April 30, 2024



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2024

VIA ECF
Hon. Valerie E. Caproni
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   *Al-Sharabi, et al., v. Blinken, et al.*, No. 23 Civ. 11266 (VEC)

Dear Judge Caproni:

    This Office represents the government in this action, in which Plaintiffs seek an order compelling the U.S. Department of State to adjudicate their immigrant visa applications. I write respectfully to request a 90-day extension of the government's deadline to respond to the complaint (*i.e.*, from May 3, 2024, to August 1, 2024). I further request a 90-day adjournment of the initial pretrial conference (*i.e.*, from May 10, 2024, to August 8, 2024), and the parties' corresponding obligations to submit a joint proposed case management plan and joint letter (*i.e.*, from May 2, 2024, to July 31, 2024). The government makes these requests because the State Department recently transferred Plaintiffs' cases to the U.S. Embassy in Djibouti. On April 24, 2024, the Embassy scheduled Plaintiffs to appear for visa interviews on July 14, 2024. At that time, the Embassy will consider next steps on the visa applications. This is the government's second request for an extension of its deadline to respond to the complaint and second request for an adjournment of the initial pretrial conference and corresponding obligations. Plaintiffs consent to these requests.

    I thank the Court for its consideration of this letter.

                                         Respectfully submitted,

                                         DAMIAN WILLIAMS
                                         United States Attorney

                By:   *s/ Courtney E. Moran*
                        COURTNEY E. MORAN
                        Special Assistant United States Attorney
                        86 Chambers Street, 3rd Floor
                        New York, New York 10007
                        Telephone: (917) 836-0126
                        E-mail: courtney.moran@usdoj.gov
                        *Attorney for Defendants*

cc:   Counsel of record (via ECF)

Application GRANTED.  Defendants' deadline to answer or otherwise respond to the Complaint is extended from Friday, May 3, 2024, to **Thursday, August 1, 2024**.

The Initial Pretrial Conference scheduled for Friday, May 10, 2024, at 10:00 A.M. is ADJOURNED to **Friday, August 9, 2024 at 10:00 A.M.**  The deadline for the parties to submit a joint proposed case management plan and joint letter, containing the information set out in the Order at Dkt. 6, is extended from Thursday, May 2, 2024 to **Thursday, August 1, 2024**.

SO ORDERED.

*[signature]*     5/1/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE